UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. ) | |
| ) | Case No. 1:13-cv-214-SM |
| Plaintiff, ) | |
| v. ) | |
| PLOURDE SAND AND GRAVEL CO., INC. ) | |
| Defendant. ) | |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

Plaintiff Conservation Law Foundation, Inc., ("CLF") hereby provides notice to the Court that the Parties are lodging the attached Proposed Consent Decree, pending the conclusion of the required 45-day review period mandated by the Clean Water Act and its regulations. 33 U.S.C. 1251 *et seq*. and 40 C.F.R. 135.5(b). No action by the Court is needed at this time.

The Citizen Suit provision of the Clean Water Act provides that no consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the EPA Administrator. 33 U.S.C. § 1365(c)(3).

On August 14, 2015, plaintiff's counsel will send copies of the fully executed Consent Decree to the Administrator, Environmental Protection Agency, Washington, DC 20460, as well as to the United States Department of Justice, Citizen Suit Coordinator, Environment and Natural Resources Division, Law and Policy Section, P.O. Box 7415, Ben Franklin Station, Washington, D.C. 20044-7415 pursuant to the requirements of 40 CFR § 135.5. The Parties are currently waiting for (1) notice from the U.S Department of Justice ("DOJ") that the DOJ Citizen Suit

Coordinator received the proposed consent judgment and (2) the start and end dates of the 45-day review period as determined by DOJ.

CLF is submitting the attached Proposed Consent Decree to the Court for informational purposes only. At the expiration of the 45-day review period set forth in 33 U.S.C. § 1365(c)(3), the Parties will jointly move the Court to enter the Consent Decree.

DATED: August 14, 2015

Respectfully submitted,

/s/ Zachary K. Griefen
Zachary K. Griefen, NH Bar No. 265172
15 East State Street, Suite 4
Montpelier, VT 05602
802.223.5992 x4011
zgriefen@clf.org

/s/ Seth Kerschner
Seth Kerschner
*pro hac vice*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8630
seth.kerschner@whitecase.com

/s/ Matthew Wisnieff
Matthew Wisnieff
*pro hac vice*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8248
matthew.wisnieff@whitecase.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the above through the Court's electronic filing system ("ECF") and that a copy of the filing will be sent electronically to all parties registered with the ECF system.

Dated: August 14, 2015                                /s/ Seth Kerschner
                                                               Seth Kerschner