UNITED STATES DISTRICT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>PLOURDE SAND AND GRAVEL CO., INC.<br><br>Defendant. | Case No. 1:13-cv-214-SM |

DECLARATION OF HEATHER A. GOVERN IN SUPPORT OF PLAINTIFF'S MOTION
FOR CONTEMPT AND TO SEEK ENFORCEMENT OF THE COURT'S ORDER

1. I am a member of the Bar of Massachusetts, have been admitted *pro hac vice* in this Court, and am an attorney with Plaintiff Conservation Law Foundation, Inc. ("CLF"). I submit this declaration in support of Plaintiff's Motion for Contempt and to Seek Enforcement of the Court's Order.

2. CLF has received no data from Plourde Sand and Gravel Co., Inc. ("Plourde") as required by Paragraphs 10 and 13 of the Order. *See* ECF Docket Entry ("Doc.") 57 at ¶¶ 10 and 13.

3. Neither CLF nor the recipient of the Supplemental Environmental Project funds ("SEP Recipient") has received late payments from Plourde, as required by paragraphs 15 and 18 of the Order. *See* Doc. 57 at ¶¶ 15 and 18.

4. Attached as Exhibit A is a true and correct copy of the Court's October 1, 2015 Order entering the Consent Decree in this matter.

1

5. Attached as Exhibit B is a true and correct copy of EPA Manager Denny Dart's letter to Dawn Plourde.

6. Attached as Exhibit C is a true and correct copy of email correspondence between Zachary K. Griefen and Joshua M. Wyatt dated May 29, 2018 and May 30, 2018.

7. Attached as Exhibit D is a true and correct copy of Heather Govern's letter to Dawn Plourde dated June 25, 2018.

8. Attached as Exhibit E is a true and correct copy of Heather Govern's letter to Dawn Plourde dated February 5, 2019.

9. Attached as Exhibit F is a copy of the calculation used to determine the amount owed to the SEP Recipient by Plourde as of April 12, 2019.

10. Attached as Exhibit G is a copy of the calculation used to determine the amount owed to CLF by Plourde as of April 12, 2019.

11. As of today, April 12, 2019, CLF has not received any data submissions or late fee payments owed to CLF from Plourde, as per the Court's Order.

I declare under penalty of perjury that the forgoing is true and correct. Executed on April 12, 2019.

CONSERVATION LAW FOUNDATION, INC

/s/ Heather A. Govern
Heather A. Govern, Esq.
Admitted *pro hac vice*
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
hgovern@clf.org
(617) 850-1765