Exhibit F

Late Payment Fees owed to the Conservation Law Foundation ("CLF") as of April 12, 2019.

| Quarter | MSGP Data Submission Due Date | Days since $100 missed deadline payments were due to the SEP Recipient (as per ¶ 15 of the Order) | Amount due to CLF for missed payment deadlines (as per ¶ 18 of the Order) |
|---|---|---|---|
| Q1 2016 (Jan-Mar) | 4/30/2016 | 1063 | $531,500.00 |
| Q2 2016 (Apr-Jun) | 7/30/2016 | 972 | $486,000.00 |
| Q3 2016 (Jul-Sep) | 10/30/2016 | 880 | $440,000.00 |
| Q4 2016 (Oct-Dec) | 1/30/2017 | 788 | $394,000.00 |
| Q1 2017 (Jan-Mar) | 4/30/2017 | 698 | $349,000.00 |
| Q2 2017 (Apr-Jun) | 7/30/2017 | 607 | $303,500.00 |
| Q3 2017 (Jul-Sep) | 10/30/2017 | 515 | $257,500.00 |
| Q4 2017 (Oct-Dec) | 1/30/2018 | 423 | $211,500.00 |
| Q1 2018 (Jan-Mar) | 4/30/2018 | 333 | $166,500.00 |
| Q2 2018 (Apr-Jun) | 7/30/2018 | 242 | $121,000.00 |
| Q3 2018 (Jul-Sep) | 10/30/2018 | 150 | $75,000.00 |
| Q4 2018 (Oct-Dec) | 1/30/2019 | 58 | $29,000.00 |
| Total late payment fees due to CLF: **$3,364,500.00** | | | |